UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR GARCIA, | ) | Case No. [CV 07-05666 DDP] |
| | ) | CR 02-00814 DDP |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING RETURN TO § 2241 |
| v. | ) | MOTION |
| | ) | |
| S.A. HOLENCIK, | ) | |
| | ) | |
| Respondent. | ) | |

   Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

   IT IS HEREBY ORDERED that the United States Attorney file a return to the motion on/or before August 9, 2010, accompanied by all records, and that respondent serve a copy of the return upon petitioner prior to the filing thereof.

   NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

   IT IS FURTHER ORDERED that if the petitioner desires to file a traverse to the return, he shall do so by August 30, 2010, setting forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

1    IT IS FURTHER ORDERED that if any pleading or other paper
2 submitted to be filed and considered by the Court does not include
3 a certificate of service upon respondent, or counsel for
4 respondent, it will be stricken from this case and disregarded by
5 the Court.

7 Dated: July 21, 2010

DEAN D. PREGERSON
United States District Judge

2